UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,  Plaintiff,  v.  WILLIAM PAUL GIUDICI, III,  Defendant. | Case No. 3:12-cr-00045-MMD-WGC  ORDER |
|---|---|

Before the Court is Defendant William Paul Giudici, III's motion to use Elko Division master jury wheel. (Dkt. no. 18.) In his reply, Defendant clarified that he is not seeking to have jury selection or trial be held in Elko, but is only requesting to use the master jury wheel from the Elko Division. The Government does not oppose this clarified request. Good cause appearing, the Court grants Defendant's limited request to use the master jury wheel from the Elko Division as outlined in the Eighth Amended Plan of the United States District Court for the District of Nevada for the Random Selection of Grand and Petit Jurors.

Accordingly, it is hereby ordered that Defendant's motion to use Elko Division master jury wheel (dkt. no. 18) is granted.

ENTERED THIS 23rd day of August 2012.

_____
UNITED STATES DISTRICT JUDGE