UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00045-MMD-WGC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| WILLIAM PAUL GIUDICI, III, | |
| Defendant. | |

Before the Court is Defendant William Paul Giudici, III's Motion for Notice of Intent to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b). (Dkt. no. 19.) In his Motion, Defendant asks the Court to order the Government to provide reasonable notice in advance of trial of the general nature of Rule 404(b) evidence that it intends to use at trial. Defendant appears to further request that such notice be given 45 days before trial. The Government responds that it has no objection to providing reasonable notice of its intent to use any Rule 404(b) evidence. Good cause appearing, the Court grants Defendant's Motion to the extent it seeks an order directing the Government to provide reasonable notice of the general nature of evidence under Fed. R. Evid. 404(b). The Court finds that such an order is sufficient under Rule 404(b) and declines Defendant's request to direct the Government to produce Rule 404(b) evidence 45 days before trial.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion (dkt. no. 19) is GRANTED IN PART and DENIED IN PART.

ENTERED THIS 27th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE